June 23, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

OMEGA LOUT, Appellant

NO. 14-14-00302-CV          V.

THE METHODIST HOSPITAL, Appellee

_____

This cause, an appeal from the judgment signed March 25, 2014 in favor of appellee The Methodist Hospital, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order that all costs incurred by reason of this appeal be paid by appellee, The Methodist Hospital.

We further order this decision certified below for observance.